UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH A. WIDEL,

    Petitioner,

v.                                           CASE NO. 6:06-cv-646-Orl-19UAM

LUCI HADI, et al.,

    Respondents.

## ORDER

Petitioner's Request for a Certificate of Appealability (Doc. No. 24, filed December 31, 2007) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this   9th   day of January, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 1/9
Counsel of Record
Kenneth A. Widel