UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH A. WIDEL,

    Petitioner,

v.                                       CASE NO. 6:06-cv-646-Orl-19GJK

LUCI HADI, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motions:

1. Petitioner's Amended Motion for Leave to Appeal In Forma Pauperis (Doc. No. 28, filed Feb. 4, 2008) is **DENIED as moot**. This Court previously entered an order denying Petitioner's Motion for Leave to Appeal in Forma Pauperis (Doc. No. 27, filed Jan. 29, 2008).

2. Petitioner's Renewed Application for Certificate of Appealability (Doc. No. 29, filed Feb. 4, 2008) is **DENIED**. Petitioner has failed to demonstrate sufficient grounds warranting reconsideration of this Court's previously entered order denying his Application for Certificate of Appealability. (Doc. No. 25, filed Jan. 9, 2008).

**DONE AND ORDERED** at Orlando, Florida this  7th  day of February, 2008.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 2/7
Kenneth A. Widel
Counsel of Record